No. 727. CHARLES FRANK ET AL., APPELLANTS, *v.* UNION PACIFIC RAILROAD COMPANY ET AL.   Appeal from the United States Circuit Court of Appeals for the Eighth Circuit.   June 12, 1916.   Dismissed with costs, on motion of counsel for the appellants.   *Mr. Samuel Untermyer, Mr. Louis Marshall, Mr. Myron L. Learned* and *Mr. Abraham Benedict* for the appellants.   *Mr. N. H. Loomis* for the appellees.